CLOSED

# U.S. District Court
## Middle District of Florida (Orlando)
### CRIMINAL DOCKET FOR CASE #: 6:22−mj−01876−DAB All Defendants

| | |
|---|---|
| Case title: USA v. Dillon | Date Filed: 08/31/2022 |
| Other court case number: 1:22−cr−500 Northern District of Ohio | Date Terminated: 08/31/2022 |

Assigned to: Magistrate Judge David A. Baker

**Defendant (1)**

**Ciaran Dillon**  represented by  **Karla Mariel Reyes**
*TERMINATED: 08/31/2022*           Federal Public Defender's Office
                                    201 S Orange Ave., Ste 300
                                    Orlando, FL 32801−3417
                                    407/648−6338
                                    Email: karla_reyes@fd.org
                                    *ATTORNEY TO BE NOTICED*
                                    *Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION | |

**Plaintiff**

**USA**  represented by  **Shawn P. Napier**
                        US Attorney's Office – FLM*
                        Suite 3100
                        400 W Washington St
                        Orlando, FL 32801
                        407/540−3612
                        Fax: 407/648−7643
                        Email: shawn.napier@usdoj.gov
                        *ATTORNEY TO BE NOTICED*
                        *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2022 | 1 | Arrest pursuant to Rule 5(c)(2) of Ciaran Dillon from the Northern District of Ohio. (Attachments: # 1 Northern District of Ohio Indictment)(TNP) (Entered: 08/31/2022) |
| 08/31/2022 | 3 | Minute Entry for In Person proceedings held before Magistrate Judge David A. Baker: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 8/31/2022 as to Ciaran Dillon from the Northern District of Ohio. (Digital) (TNP) (Entered: 08/31/2022) |
| 08/31/2022 | 4 | ***CJA 23 Financial Affidavit by Ciaran Dillon. (TNP) (Entered: 08/31/2022) |
| 08/31/2022 | 5 | Ore Tenus MOTION to Appoint Counsel by Ciaran Dillon. (TNP) (Entered: 08/31/2022) |
| 08/31/2022 | 6 | **ORDER APPOINTING THE FEDERAL PUBLIC DEFENDER, granting 5 Ore Tenus Motion to Appoint Counsel as to Ciaran Dillon (1). Signed by Magistrate Judge David A. Baker on 8/31/2022. (TNP)** (Entered: 08/31/2022) |
| 08/31/2022 | 7 | Ore Tenus MOTION for Release from Custody by USA as to Ciaran Dillon. (TNP) (Entered: 08/31/2022) |
| 08/31/2022 | 8 | **ORDER SETTING CONDITIONS OF RELEASE, granting 7 Ore Tenus Motion for Release from Custody as to Ciaran Dillon (1). Signed by Magistrate Judge David A. Baker on 8/31/2022. (TNP)** (Entered: 08/31/2022) |
| 08/31/2022 | 9 | WAIVER of Rule 5 & 5.1 Hearings hearing by Ciaran Dillon. Defendant waived identity and preliminary hearing. (TNP) (Entered: 08/31/2022) |
| 08/31/2022 | 10 | **ORDER as to Ciaran Dillon: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (TNP)** (Entered: 08/31/2022) |
| 08/31/2022 | 11 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Northern District of Ohio as to Ciaran Dillon. Signed by Magistrate Judge David A. Baker on 8/31/2022. (TNP)** (Entered: 08/31/2022) |
| 08/31/2022 | | NOTICE to Northern District of Ohio of a Rule 5 or Rule 32 Initial Appearance as to Ciaran Dillon regarding your case number: 1:22–cr–500. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (TNP) (Entered: 08/31/2022) |