# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                               **CASE NO: 6:22-mj-1876-DAB**

**CIARAN DILLON**

AUSA: Shawn Napier

Defense Attorney: Karla Reyes, Federal Public Defender

| JUDGE: | **DAVID A. BAKER**<br>United States Magistrate Judge | DATE AND TIME: | **August 31, 2022**<br>3:00 P.M. – 3:09 P.M. |
|---|---|---|---|
| Courtroom: | 6D | TOTAL TIME: | 9 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Ebonie Henderson-Larrame |

## CLERK'S MINUTES
### INITIAL APPEARANCE

Case called, appearances made, procedural setting by the Court.
Court advises defendants of his rights, including Rule 20 rights.
Defendant's ore tenus motion for court appointed counsel. Granted. Court provisionally appoints FPD and be required to contribute $200 to the cost of representation.
Government advises defendant of the counts in the Indictment and potential penalties.
Defendant waives Rule 5 & 5.1 hearings. Defendant waives and identity and preliminary hearing.
Government ore tenus motion for release. Motion granted. Conditions of release to enter.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Case is removed to the Northern District of Ohio.
Court adjourned.