AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

RECEIVED

2022 AUG 26 P 12: 13

U.S. MARSHALS
CLEVELAND, OH

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| CIARAN DILLON | ) | |
| | ) | 1:22 CR 500 |
| | ) | |
| *Defendant* | ) | |

FILED

SEP 01 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ciaran Dillon,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud, 18 U.S.C. § 1343

Date: 08/25/2022

*Issuing officer's signature*

City and state: Cleveland, Ohio

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/30/22 , and the person was arrested on *(date)* 8/31/22
at *(city and state)* Orlando, FL .

Date: 8/31/22.

*Arresting officer's signature*

SA Jorge A. Aliaga
*Printed name and title*